1  Michele R. Stafford, Esq. (SBN 172509)
   Blake E. Williams, Esq. (SBN 233158)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mstafford@sjlawcorp.com
5  bwilliams@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>RIVER VIEW CONSTRUCTION INC., a California Corporation, and GREGORY GORESHNIK, an individual,<br><br>    Defendants. | Case No.: C11-0779 CW<br><br>**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER THEREON;**<br><br>**and CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:  August 30, 2011<br>Time:  2:00 p.m.<br>Ctrm:  2, 4th Floor<br>Judge: The Honorable Claudia Wilken |

   Plaintiffs herein respectfully submit their Case Management Conference statement and request that the Case Management Conference, currently on calendar for August 30, 2011, be continued for approximately 45-60 days.

   1.   As the Court's records will reflect, this action was filed on February 22, 2011 to compel Defendants' compliance with their Collective Bargaining Agreement.  Service on Defendants was effectuated on February 25, 2011.  A Proof of Service of Summons was filed with the Court on March 3, 2011.  Defendants have failed to Answer or otherwise appear in this action to date.

   2.   The Court continued the previous Case Management Conference set for May 31, 2011 in order to allow time for Defendants to pay the remainder of contributions owed to Plaintiffs, and for Plaintiffs to complete their calculations of the additional amounts owed for

1  liquidated damages and interest.

2      3.   Since that time, Plaintiffs' counsel provided Defendants with a full accounting of
3  the remaining amounts owed, including liquidated damages, interest, and attorneys' fees and costs,
4  and Defendants have advised that said amounts will be paid in full.

5      4.   Upon receipt of Defendants' final payment, and following verification of bank
6  clearance of same, Plaintiffs will dismiss this action.  In the alternative, should Defendants fail to
7  deliver their final payment to this office within 30 days (on or before September 23, 2011)
8  Plaintiffs will promptly prepare and file a Motion for Default Judgment with the Court.

9      5.   There are still no issues that need to be addressed by the parties at the currently
10 scheduled Case Management Conference.  In the interest of conserving costs as well as the Court's
11 time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled
12 Case Management Conference for 45-60 days.

13     I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above
14 entitled action, and that the foregoing is true of my own knowledge.

15     Executed this 23rd day of August 2011, at San Francisco, California.

16                    SALTZMAN & JOHNSON
                       LAW CORPORATION
17

18                    By: _____/S/_____
19                        Blake E. Williams
                          Attorneys for Plaintiffs
20

21 IT IS SO ORDERED.

22     The currently set Case Management Conference is hereby continued to
23 ___October 18, 2011___ at ___2:00 p.m.___.  All related deadlines are continued
24 accordingly.

25 Date: ___8/23/2011___                    _____
                                             THE HONORABLE CLAUDIA WILKEN
26                                           UNITED STATES DISTRICT COURT JUDGE

27

28

-2-
REQUEST TO CONTINUE CMC; [PROPOSED] ORDER; CMC STATEMENT
Case No.:  C11-0779 CW

P:\CLIENTS\PATCL\River View\Pleadings\Request to Continue 083011 CMC - 082311.doc